UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**PERRY DAVENPORT,**

    Plaintiff,

v.                                                                          Case No. 20-CV-1371

**DOUGLAS DYNAMICS, LLC,**

    Defendant.

---

## ORDER GRANTING *IN FORMA PAUPERIS* STATUS

---

    Perry Davenport filed this action with the assistance of counsel on September 3, 2020, requesting to proceed *in forma pauperis*. Davenport has requested a waiver of the $400 filing fee. Davenport makes about $1,600 per month from his employment at Good Will Talent Bridge. *See* ECF No. 2 at 2. He does not own a vehicle and has no savings or other property. *Id.* His total monthly expenses are about $1,575. *Id.* Based on the above information, the court concludes that Davenport is unable to pay the fees and costs of commencing this action.

    The motion to proceed *in forma pauperis* is therefore granted.

    Dated at Milwaukee, Wisconsin, this 19th day of September, 2020.

                                                  **BY THE COURT:**

                                                  STEPHEN C. DRIES
                                                  United States Magistrate Judge