UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

PERRY DAVENPORT,

        Plaintiffs,

v.                                                    CASE NO. 20-cv-1371

DOUGLAS DYNAMICS, LLC

        Defendant.

## STIPULATION FOR DISMISSAL

WHEREAS the parties in the above-captioned matter have reached a confidential and comprehensive settlement agreement resolving the matter in its entirety, they, by their respective counsel, hereby stipulate to the dismissal of the above-captioned matter on its merits, with prejudice, and without costs to either side.

Dated: October 27, 2020

| | |
|---|---|
| s/ Laurie E. Meyer | s/ Adam M. Kent |
| DAVIS KUELTHAU, S.C. | LAW OFFICE OF ADAM M. KENT |
| Laurie E. Meyer | Adam M. Kent |
| Laurie.meyer@dkattorneys.com | attorney@adamkentlegal.com |
| 111 E Kilbourn Ave., Ste. 1400 | 7670 N. Port Washington Road |
| Milwaukee, WI 53202 | Milwaukee, Wisconsin 53217 |
| Phone: 414-225-1419 | Phone: 414-446-5331 |
| *Attorneys for Defendant,* | Fax: 888-509-8232 |
| *Douglas Dynamics, Inc.* | *Attorney for Plaintiff, Perry Davenport* |